■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY ALEXANDER, Appellant. [998 NYS2d 637]—Judgment, Supreme Court, New York County (Robert M. Stolz, J.), rendered December 19, 2012, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree (two counts), criminally using drug paraphernalia in the second degree and unlawfully dealing with a child in the first degree, and sentencing him, as a second felony drug offender previously convicted of a violent felony, to an aggregate term of eight years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. In addition to police testimony, there was evidence of recorded phone calls by defendant that can reasonably be interpreted as incriminating.

We perceive no basis for reducing the sentence. Concur— Gonzalez, P.J., Friedman, Andrias, Gische and Kapnick, JJ.